IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:  16- 2010 -CA- 0 0 1 4 8 4    -XXXX-MA·
DIVISION:
JUDGE:            **DIVISION CV-D**

JERRY C. MORELAND,

    Plaintiff,

v.                                         3:10- CV-368- J- 34 TEM

STATE FARM FIRE AND CASUALTY
COMPANY, a for profit corporation,

    Defendant.

FILED
IN COMPUTER
V. B.

_____

**COMPLAINT AND DEMAND FOR JURY TRIAL**
**(UNINSURED/UNDERINSURED MOTORIST COVERAGE)**

Plaintiff, JERRY C. MORELAND, sues the Defendant, STATE FARM FIRE AND

CASUALTY COMPANY, a for profit corporation, and alleges as follows:

**GENERAL ALLEGATIONS**

1.      This is an action for damages in excess of $15,000, exclusive of interest and costs.

2.      At all times material hereto, Plaintiff, JERRY C. MORELAND, was and remains

a resident of Jacksonville, Duval County, Florida.

3.      At all times material hereto, Defendant STATE FARM FIRE AND CASUALTY

COMPANY, was a for profit corporation doing business throughout the State of Florida,

including Duval County.

4.      On or about October 11, 2008, Plaintiff, JERRY C. MORELAND, was at the

Circle K at 3086 Walden Road in Tallahassee, Leon County, Florida for purposes of pumping

gas into his vehicle.

5.    At the same time, Byran D. Johnson, negligently operated or maintained his vehicle causing it to collide with the Moreland vehicle which in turn hit JERRY C. MORELAND.

6.    As a result of the aforementioned negligence of Byran D. Johnson, Plaintiff, JERRY C. MORELAND, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition.  The losses are permanent and continuing, and the plaintiff will continue to suffer the losses in the future.

7.    Plaintiff, JERRY C. MORELAND's, harms and losses, caused by the crash, exceed the insurance policy limits of the tortfeaser, Byran D. Johnson.

8.    Byran D. Johnson was therefore an underinsured motorist as defined by Fla. Sta. §627.727.

9.    At all relevant times, the plaintiff was insured by Defendant STATE FARM FIRE AND CASUALTY COMPANY as follows:

- automobile insurance policy numbered 207-7133-A05-59; and

- policy number 207-7134-A05-59B.

10.    The above-identified State Farm Fire and Casualty Company policies provide uninsured/underinsured motorist coverage in the event the Plaintiff's harms and losses from a motor vehicle crash exceed the available limits from a tortfeasor.  A copy of the Statement of Liability Insurance from those policies is attached hereto and incorporated herein as Exhibit "A."

11.    All conditions precedent to the STATE FARM FIRE AND CASUALTY COMPANY policies or applicable Florida Statutes have been performed or have occurred.

Further plaintiff, JERRY C. MORELAND, has fully complied with all of the terms and conditions of the insurance policies issued by Defendant, STATE FARM FIRE AND CASUALTY COMPANY. The parties have not agreed on the amount of damages and neither party has demanded arbitration.

WHEREFORE, Plaintiff, JERRY C. MORELAND, demands judgment for damages and costs of suit against the Defendant, STATE FARM FIRE AND CASUALTY COMPANY, a for profit corporation.

## DEMAND FOR JURY TRIAL

Plaintiff, JERRY C. MORELAND, demands trial by jury of all issues so triable.

PAJCIC & PAJCIC, P.A.

_____
RAYMOND P. REID, JR., ESQUIRE
Florida Bar No.: 0050245

_____
STEPHEN J. PAJCIC, III, ESQUIRE
Florida Bar No.: 143485
One Independent Drive, Suite 1900
Jacksonville, FL 32202-5013
Telephone: (904) 358-8881
Telefax: (904) 354-1180
E-mail: ray@pajcic.com
**Attorneys for Plaintiff**

H

State Farm Fire and Casualty Company
7401 Cypress Gardens Boulevard
Winter Haven FL 33888

NAMED INSURED          59-6166-113H

MORELAND, JERRY
2704 HIDDEN CREEK DR
JACKSONVILLE FL   32226-1218

26347·                    FIRE   OVL

**DECLARATIONS PAGE**

POLICY NUMBER   207 7133-A05-59
POLICY PERIOD JAN 05 2004 to JUL 05 2004

AGENT

RAY MOORE
109 NEW BERLIN ROAD
JACKSONVILLE, FL 32218-3821

PHONE: (904)751-6643  or  (904)751-5133

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.
SEPARATE STATEMENT ENCLOSED IF AMOUNT DUE.**

| 1996 | TOYOTA | 4 RUNNER | SPORT WG | JT3HN86R5T0001954 | 1D0H1123 |
|------|--------|----------|----------|-------------------|----------|

|  |  | 1996 TOYOTA |
|---|---|---|
| See policy for coverage details. | | |
| Limits of Liability-Coverage A-Bodily Injury | | |
| $500,000      $500,000 | | |
| Each Accident | | |
| P10 | No Fault | $91.12 |
| Limit of Liability-Coverage C | | |
| $10,000 | | |
| G500 | $500 Deductible Collision | $121.96 |
| R1 | Car Rental/Travel Expenses | $13.80 |
| Each Day      Each Occurrence | | |
| U | Uninsured Motor Vehicle | $201.80 |
| Each Person,  Each Accident | | |

Your policy consists of this declarations page, the policy booklet - form 9910.7, and any endorsements that apply, including those issued to you with any subsequent renewal notice.

For questions, problems or to obtain information about coverage call: (904)751-6643.

6893MM   AMENDMENT OF CAR RENTAL AND TRAVEL EXPENSES COVERAGES.
6910.1   AMENDMENT OF DEFINED WORDS; INSURED'S DUTIES; LIABILITY
         NO-FAULT, MEDICAL PAYMENTS; UNINSURED MOTOR VEHICLE & PHYSICAL
         DAMAGE COVERAGES; & CONDITIONS.

Agent:     RAY MOORE
Telephone: (904)751-6643
Prepared   JAN 09 2004          6166-349

04386/02309

**PLAINTIFF'S
EXHIBIT
_A_**

R

State Farm Fire and Casualty Company

*7401 Cypress Gardens Boulevard*
*Winter Haven FL 33888*

NAMED INSURED
AT2                                   59-8188-113M    A

000640
MORELAND, JERRY
2704 HIDDEN CREEK DR
JACKSONVILLE FL  32226-1218

|ıllıılılıddılıllı.ıııllılıllııllllılıllııııılıılhlıl

66986-1-M                          FIRE   OVL

## DECLARATIONS PAGE

| POLICY NUMBER   207 7134-A05-59B |
| POLICY PERIOD JUN 17 2008 to JAN 05 2009 |

AGENT
RAY MOORE
109 NEW BERLIN ROAD
JACKSONVILLE, FL 32218-3821

PHONE: (904)751-6643

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.**
**SEPARATE STATEMENT ENCLOSED IF AMOUNT DUE.**

| 1986 | HUSQUVARNA | WR400 | MTRCYCLE | 847251951GWP14772 | 1A0S000000 |

| | 1986 HUSQUVARNA |
| See policy for coverage details. | |
| Limits of Liability-Coverage A-Bodily Injury | |
| $500,000       $500,000 | |
| Each Accident | |
| D500    $500 Deductible Comprehensive | $44.18 |
| U       Uninsured Motor Vehicle | $573.41 |
| Each Person,  Each Accident | |

Your policy will be assessed 1% due to the Florida Hurricane Catastrophe Fund Assessment.

Your policy consists of this declarations page, the policy booklet - form 9910.7, and any endorsements that apply, including those issued to you with any subsequent renewal notice.

Replaced policy number 2077134-59A.

Your total renewal premium for JUL 05 2008 to JAN 05 2009 is $669.00.

* The total premium listed above reflects a recent change to your policy and the 6 month renewal premium.

For questions, problems or to obtain information about coverage call: (904)751-6643.

6127HH     AMENDATORY ENDORSEMENT.
6279AD.3   MOTORCYCLE COVERAGE.
6910.3     AMENDMENT OF DEFINED WORDS; INSURED'S DUTIES; LIABILITY,
           NO-FAULT, MEDICAL PAYMENTS; UNINSURED MOTOR VEHICLE & PHYSICAL
           DAMAGE COVERAGES; & CONDITIONS.

Agent:    RAY MOORE
Telephone: (904)751-6643
Prepared    JUL 17 2008          6166-349

00346/00137